■     MERCANTILE NATIONAL BANK OF CHICAGO, Respondent-Appellant, v. LIONEL CORPORATION, Appellant-Respondent.— Order entered April 19, 1967 unanimously modified, on the law and in the exercise of discretion, with $50 costs and disbursements to plaintiff, so as to strike the direction that an amended complaint be served. It was an improvident exercise of discretion to direct the service of an amended complaint. Concur — Stevens, J. P., Eager, Capozzoli, McGivern and Bastow, JJ.